# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

PRINT THIS

Powered by  Clickability



Jul. 17, 2010
Copyright © Las Vegas Review-Journal

## Affidavit alleges detective bought marijuana from man officer killed

By MIKE BLASKY and LAWRENCE MOWER
LAS VEGAS REVIEW-JOURNAL

In four transactions over five weeks, an undercover detective bought $840 in marijuana from Trevon Cole, according to a search warrant affidavit unsealed Friday.

Those drug deals -- which totaled 1.8 ounces of marijuana -- led to a late-night police raid on Cole's East Bonanza Road apartment June 11, where the 21-year-old was shot and killed by Las Vegas police detective Bryan Yant.

According to the affidavit, which was unsealed after an attorney for Cole's family filed a court motion, an undercover detective first made contact with a suspect known as "Big," later identified as Cole, on April 28.

Cole and the detective met in the area of Desert Inn and Fort Apache roads, where 4.1 grams of marijuana changed hands for $60.

The affidavit said the detective and Cole met again on May 19 near Cole's apartment complex, where the detective bought 21.5 grams of marijuana, paying Cole $380.

The detective again contacted Cole on May 26 and June 3, looking to buy almost $400 in marijuana. Cole did not have enough marijuana in May and said he needed to contact his supplier, the affidavit said.

In June, Cole sold $400 worth of marijuana -- 27.2 grams -- to the detective.

In the affidavit, Yant wrote that police considered it likely that the raid would turn up more drugs, scales, bags and elaborate records such as "owe" sheets related to narcotic sales.

Yant also wrote that Cole had a "lengthy criminal history" for drug trafficking in both Houston and Los Angeles, and would have firearms to protect his drugs and money. A night raid would be preferable, Yant wrote, to ensure the safety of children and other residents in the complex.

Andre Lagomarsino, the attorney representing Cole's fiancee and family, said there were several errors in the affidavit -- that Cole had no criminal history and was actually out of state on May 19, when police claimed to have bought marijuana from him.

The family told the attorney that Cole was in Los Angeles for his fiancee's baby shower. Family picked him up at an L.A. bus station on May 14, and the couple returned to Las Vegas on May 20, he said.

The attorney also noted that the marijuana buys were small, and police recovered little in the raid.

According to the search warrant return, officers seized an undisclosed amount of marijuana, digital scales and $702 in cash, but found no transaction records or weapons.

"No matter what the search warrant says, it doesn't contain a justification for shooting an unarmed man in the face with an assault rifle," Lagomarsino said.

Cole's fiancee has said Cole was unarmed, was on his knees in a bathroom and had his hands raised when Yant fired a single shot from an AR-15 rifle, striking him in the head.

Police said in a statement that Cole made a "furtive movement" toward the officer.

It was Yant's third shooting -- and second fatal shooting -- in 10 years with the department. In 2002, an inquest jury ruled Yant's fatal shooting of Richard Travis Brown was justified despite a serious discrepancy between his story and evidence at the scene.

A coroner's inquest on Cole's death is set for Aug. 20.

Contact reporter Mike Blasky at mblasky@reviewjournal.com or 702-383-0283. Contact reporter Lawrence Mower at lmower@reviewjournal.com or 702-383-0440.

**Find this article at:**
http://www.lvrj.com/news/affidavit-alleges-detective-bought-marijuana-from-man-officer-killed-98658969.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# Las Vegas Alliance of the Libertarian Left

- building a new society within the shell of the old

## The Vegas ALL Blog

Search for:

[            ]  [ Search ]

### More lies from Officer Bryan Yant, Las Vegas's finest

Posted 19 July 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.



Officer Bryan Yant,
Liar and Killer

In four transactions over five weeks, an undercover detective bought $840 in marijuana from Trevon Cole, according to a search warrant affidavit unsealed Friday.

Those drug deals — which totaled 1.8 ounces of marijuana — led to a late-night police raid on Cole's East Bonanza Road apartment June 11, where the 21-year-old was shot and killed by Las Vegas police detective Bryan Yant.

According to the affidavit, which was unsealed after an attorney for Cole's family filed a court motion, an undercover detective first made contact with a suspect known as "Big," later identified as Cole, on April 28.

Cole and the detective met in the area of Desert Inn and Fort Apache roads, where 4.1 grams of marijuana changed hands for $60.

The affidavit said the detective and Cole met again on May 19 near Cole's apartment complex, where the detective bought 21.5 grams of marijuana, paying Cole $380.

The detective again contacted Cole on May 26 and June 3, looking to buy almost $400 in marijuana. Cole did not have enough marijuana in May and said he needed to contact his supplier, the affidavit said.

In June, Cole sold $400 worth of marijuana — 27.2 grams — to the detective.

In the affidavit, Yant wrote that police considered it likely that the raid would turn up more drugs, scales, bags and elaborate records such as "owe" sheets related to narcotic sales.

Yant also wrote that Cole had a lengthy criminal history for drug trafficking in both Houston and Los Angeles, and would have firearms to protect his drugs and money. **A night raid would be preferable, Yant wrote, to ensure the safety of children and**

**other residents in the complex.** [! —ed.]

Except.

There was no criminal history. That was a lie.

> Andre Lagomarsino, the attorney representing Cole's fiancee and family, said there
> were several errors in the affidavit — that Cole had no criminal history

There was no undercover buy on May 19 — at least, not from Trevon Cole. He wasn't even in the
state. That was a lie, too.

> [Cole] was actually out of state on May 19, when police claimed to have bought
> marijuana from him.

> The family told the attorney that Cole was in Los Angeles for his fiancee's baby
> shower. Family picked him up at an L.A. bus station on May 14, and the couple
> returned to Las Vegas on May 20, he said.

There were no owe sheets. And there were no weapons.

> According to the search warrant return, officers seized an undisclosed amount of
> marijuana, digital scales and $702 in cash, but found no transaction records or
> weapons.

So with this pack of lies in hand, in the interest of the safety of children and other residents, Officer
Bryan Yant led a team of camouflaged, masked men to storm Trevon Cole and Sequioa Pearce's
apartment. They smashed the windows, broke down the door, and came rushing into the
apartment in the dead of night, heavily armed and screaming for immediate surrender. They
surrounded Trevon Cole in his own bathroom, and, while he was getting down and raising his hands
above his head, shot him in the face with an AR-15 assault rifle for a furtive motion that nobody but
the Gangsters in Blue ever saw.

**See also:**

- GT 2010-07-16: Officer-Involved

Tags: Bryan Yant, Gangsters in Blue, Las Vegas, Las Vegas Metro, Metro, Politics, Smash the State,
sonv.libertarianleft.org, Trevon Cole, War on Drugs
Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-07-
19) ...

## The Las Vegas Police Beat: Officer-Involved

Posted 16 July 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

- **Officers William Mosher, Joshua Stark, and Thomas Mendiola. Las Vegas Metro Police
  Department.** Last weekend, at the Costco in Summerlin, Erik Scott got into an argument
  with some workers at the store. A Costco employee noticed that he was carrying a handgun in
  his waistband, so they freaked out and called the cops, then evacuated the store. Three Las
  Vegas Metro police officers — William Mosher, Joshua Stark, and Thomas Mendiola —
  rolled up and waited outside the store. When they saw Scott walking out of the store, they

came up behind him and grabbed him on the shoulder and screamed at him to get down. He turned around and obeyed less than instantaneously, so the cops opened fire and stone cold gunned him down in the parking lot. The cops claimed that before they lit him up with 7 shots, Scott had <u>reached for his gun</u> in his waistband. Then, later, they claimed that he <u>refused orders [sic] and instead withdrew a handgun and pointed at them</u>.. <u>Most of the witnesses, including a friend who was standing right next to Scott when the police gunned him down, say that he never did.</u> A few witnesses differ — <u>they say they did see him take out his gun but that he never pointed it at the cops.</u> Metro said that Scott was <u>ripping merchandise apart</u>, <u>kind of going berserk</u>, and that they had <u>received numerous 911 calls for his erratic behavior and reporting he was carrying a gun.</u> Turns out that what actually happened is that another customer saw Scott opening up a box of aluminum water bottles <u>putting some in his cart and some on the floor</u>, in order to find out <u>how many would fit in his cooler</u>; when store security tried to confront him about it, Scott's voice got <u>elevated</u>. A number of later 911 calls, provoked by the store's panicky evacuation, recorded parts of the cop's confrontation with Scott; <u>the police have refused to release the 911 tapes.</u> The Costco has surveillance cameras on the parking lot; the police took the tapes, but claim that they haven't looked at them yet because of technical issues. The investigation of this police shooting by Las Vegas Metro is, of course, being handled by more police from Las Vegas Metro. There will almost certainly never be any kind of public trial; a coroner's inquest hasn't been scheduled, but will probably happen <u>sometime in September.</u> (<u>There has been only 1 Clark County coroner's inquest in 34 years that ever found any Metro police shooting to be neither justified nor excusable.</u>) Meanwhile, the three cops who gunned down Erik Scott have been given a paid vacation from their jobs. The local newsmedia has been all over this story, mainly because Scott shops in Summerlin and used to be a tank commander in the United States government's Army. Bill Scott, Erik's father, has said that he hopes this case will draw attention to how many people Metro has gunned down: There are a lot of people who have been killed in Las Vegas, a lot of them by the police. They didn't have a voice. This time, quote me: they killed the wrong guy.

- **Officer Bryan Yant. Las Vegas Metro Police Department.** For example, one of the people who has been killed in Las Vegas was Trevon Cole, an unarmed man who police shot in the face with an AR-15 assault rifle in the bathroom of his own apartment, while his 9-months-pregnant fiancee, Sequioa Pearce, was forced to get on the ground and watch. Metro was in his apartment because they had forced their way in in an extremely violent late-night raid to serve a drug search warrant. (Trevon Cole was violently seized and killed because he *allegedly might have sold marijuana* to an undercover narc, a crime which posed no threat at all to any identifiable victim's rights.) So late at night while Pearce and Cole were relaxing in bed, a gang of police wearing camouflage and masks smashed in their windows and broke down their door, blitzed into the room holding assault rifles on their terrified victims. Trevon Cole was surrounded by a gang of heavily armed, masked men, was obeying their commands to get down, and had put his hands up in the air, but Yant decided he'd seen a furtive movement, so he stone cold shot Trevon Cole in the face at close range in front of his terrified fiancee. Officer Bryan Yant had already gunned down two other people in his career before he showed up to shoot an unarmed man in the face; <u>An inquest jury into Yant's 2002 fatal shooting found the officer justified in his actions despite a serious discrepancy between his story and evidence at the scene.</u> The shooting will be considered by another Clark County Coroner's Inquest on August 20. In the meantime, Bryan Yant, who is being investigated to determine whether or not he murdered an unarmed man, is being given a paid vacation from his government job. Meanwhile, his buddies on the force decided to <u>show up at Sequoia Pearce's mother's house in order to mau-mau the only surviving witness and toss the house looking for guns and ammo that aren't there.</u>

- **Officer Luis Norris. Las Vegas Metro Police Department.** Another cop working for the local government in Las Vegas <u>opened fire on an unarmed man this past Tuesday</u>, for the crime of taking a shortcut through a residential neighborhood while the cop was Investigatin'. The man appeared on the wall while the cop was talking to a local homeowner about a

possible prowler. Of course, all kinds of people live in a residential neighborhood (by definition), and all kinds of people pass through, so a civilized person might take this as a reason to shout What are you doing here? but Officer Luis Norris was packing heat and startled so he whipped out his gun and opened fire on this innocent man, who was not the prowler, was unarmed, had committed no crime, and posed no threat to anything other than the cop's composure and poise. Thankfully, Officer Luis Norris is a bad shot: he missed the man he was trying to gun down in a moment of irrational panic, so his intended target lived through the night long enough for Authorities to later determine he was not a threat. Since Luis Norris just recklessly endangered the life of an innocent man, but didn't kill him in the process, there will not even be a coroner's inquest. Instead, Officer Luis Norris's has been given a paid vacation from his government job, and eventually, his actions will be reviewed by the department's use of force board, which may hit him with such serious consequences as a written reprimand or even firing him from his job. In case you were wondering, the process is not open to the public.

Las Vegas Metro is full of heavily-armed, twitchy, terrified cops who are easily startled and ready to open fire on helpless or harmless people at even the most furtive motion. Whether you're resting in bed with your fiancee on Eastern and Bonanza, or going shopping with your fiancee in Summerlin to celebrate your new life together, or just talking a quiet walk through the neighborhood out at Desert Inn and Sandhill, there is a heavily armed force, patrolling 24 hours a day and 7 days a week, constantly ready to come down on you and gun you down at even a moment's hesitation to obey their bellowed commands, or the slightest twitch that they don't understand, or just for startling them. If they shoot at you, or even if they kill you, they will almost certainly never be held accountable for their actions; the worst that's likely to happen is that they *might* lose their job, and what's more likely is that they will be put back onto the streets to continue a long and storied career of killing unarmed people. We are told that we need this heavily armed, omnipresent, domineering, hyperviolent, completely unaccountable paramilitary occupation force constantly in our lives and at our throats in order to stop our community from being overrun by small-time possible neighborhood prowlers, by erratic men who take aluminum water bottles out of their boxes at Costco, and from black men who might maybe be willing to sell a bit of pot to willing customers. We are told that we need this heavily armed, omnipresent, domineering, hyperviolent, completely unaccountable paramilitary occupation force in order to keep us safe. But who will keep us safe from them?

Support your local CopWatch.

### See also:

- The Police Beat: Officer J. Smith, Las Vegas Metro, Las Vegas, Nevada
- The Police Beat: Shot in the back
- The Metro Police Beat

Tags: Bryan Yant, Clark County, Costco, Erik Scott, Gangsters in Blue, Joshua Stark, Las Vegas, Las Vegas Metro, Luis Norris, Nevada, Police, Politics, Sequioa Pearce, Smash the State, sonv.libertarianleft.org, Summerlin, Thomas Mendiola, Trevon Cole, War on Drugs, William Mosher
Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-07-16) ...

## Men In Uniform (Cont'd). Officer James Vernon Clayton, North Las Vegas Police Department, North Las Vegas, Nevada

Posted 21 May 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

**Trigger warning.** Briefly describes the crimes of a male police officer working for the North Las Vegas city government, who, while in uniform, harassed and attempted to sexually assault several women that he forced to pull over.



Officer James Vernon Clayton,
North Las Vegas Police
Department, North Las Vegas,
Nevada.

From Tuesday's *Las Vegas Sun*, Officer James Vernon Clayton, a three year veteran ex-cop formerly working for the North Las Vegas Police Department, repeatedly used the power of his badge and gun in order to pull women over, sexually harass the women he was holding captive, pull down his pants and show his dick off to them against their will, used threats of false arrest to grope at least one woman under the excuse of a pat search, and to try to extort sexual favors by threatening them with legal retaliation if they wouldn't. He did this to at least five women that we know of, while on duty, in uniform, in his police cruiser, and heavily armed. So the boss cops with the North Las Vegas city government gave him *a six month paid vacation*; then the government prosecutor cut a deal with him so he could plead guilty to five misdemeanors — none of them sex offenses. The government prosecutors wanted this serial sexual predator to spend four months in jail; the government judge accepting this plea decided to give him three years' probation instead, and told him to pay off the government to the tune of $5,000. The women he harassed, intimidated and coerced[1] will, of course, get nothing.

The government prosecutor had this to say, about the case:

> From the onset of this case, what the state found most disturbing is here's an individual charged with our public safety — we've blindly given him our trust to protect community, we've given him a badge, and he's vitiated all of that, including blemishing his department, Chief Deputy District Attorney Stacy Kollins said.
>
> —Quoted by Cara McCoy, *Las Vegas Sun* (2010-05-18): Ex-officer who sought sexual favors during traffic stops sentenced

Well, sure, except that you ought to speak only for yourself — *I* never gave Officer James Vernon Clayton a badge or my trust, and neither did much of anyone else outside of the North Las Vegas city government. But that said, perhaps what you ought to learn is that *it's foolish to blindly give your trust to men with guns and uniforms,* and dangerous to create an environment in which they wield incredible power over ordinary citizens, with a reliable expectation that *even if they get*

*caught*, they will never face any serious personal consequences for their violent and abusive actions. Until you figure that out, expect your blind trust to keep getting vitiated, <u>over and over again</u>, by men who use those weapons and that unaccountable power to stalk, harass, and assault the women who they force under their power.

What as at stake here has a lot to do with the individual crimes of three cops, and it's good to know that the police department is taking *that* very seriously. But while excoriating these three cops for their personal wickedness, this kind of approach also marginalizes and dismisses any attempt at a serious discussion of the institutional context that made these crimes possible — the fact that each of these three men worked out of the *same office* on the *same shift*, the way that policing is organized, the internal culture of their own office and of the police department as a whole, and the way that the so-called criminal justice system gives cops immense power over, and minimal accountability towards, the people that they are professedly trying to protect. It strains belief to claim that when a rape gang is being run out of one shift at a single police station, there's not something deeply and *systematically* wrong with that station. **If it weren't for the routine power of well-armed cops in uniform, it would have been much harder for Victor Gonzales, Anthony Munoz, or Raymond Ramos to force their victims into their custody or to credibly threaten them in order to extort sex.** If it weren't for the regime of State violence that late-night patrol officers exercise, as part and parcel of their legal duties, against women in prostitution, it would have been that much harder for Gonzales and Munoz to imagine that they could use their patrol as an opportunity to stalk young women, or to then try to make their victim complicit in the rape by forcing her to pretend that the rape was in fact consensual sex for money. And if it weren't for the way in which they can all too often rely on buddies in the precinct or elsewhere in the force to back them up, no matter how egregiously violent they may be, it would have been much harder for any of them to believe that they were entitled to, or could get away with, sexually torturing women while on patrol, while in full uniform, using their coercive power as cops.

A serious effort to respond to these crimes doesn't just require individual blame or personal accountability — although it certainly *does* require that. It also requires a demand for fundamental institutional and legal reform. If police serve a valuable social function, then they can serve it without paramilitary forms of organization, without special legal privileges to order peaceful people around and force innocent people into custody, and without government entitlements to use all kinds of violence without any accountability to their victims. What we have now is not civil policing, but rather a bunch of heavily armed, violently macho, institutionally privileged gangsters in blue.

—<u>GT 2007-12-21: Rapists on patrol</u>

**See also:**

- <u>GT 2010-04-27: Men In Uniform: Officer Gabriel Villareal, San Antonio, TX</u>
- <u>GT 2010-01-06: Rapists on patrol (#7). Officer Marcus Ramon Jackson.</u>
- <u>GT 2009-08-24: Rapists on patrol (#6) / Men in Uniform (#4)</u>
- <u>GT 2009-04-19: Men in Uniform (#3). Los Angeles, California</u>
- <u>GT 2008-03-10: Rapists on patrol (#2). Officer David Alex Park, Irvine, California.</u>

1. [1] Who chose not to speak out at the sentencing hearing, *because they were afraid of retaliation* from the would-be rapist who the judge then proceeded to turn loose. ↩

Tags: <u>Cara McCoy</u>, <u>Feminism</u>, <u>Gangsters in Blue</u>, <u>James Vernon Clayton</u>, <u>Las Vegas</u>, <u>Las Vegas Sun</u>, <u>Men in Uniform</u>, <u>Nevada</u>, <u>North Las Vegas</u>, <u>Police</u>, <u>Politics</u>, <u>Smash the State</u>, <u>sonv.libertarianleft.org</u>

Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-05-21) ...

## Priorities

Posted 9 May 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

> The government-installed administration at the University of Nevada at Las Vegas says that, what with the current round of massive state budget cuts, and the threat of future cuts one or two years down the line, they don't have enough money to teach classes in unpopular majors. (Based on recent decisions from administrative committees, UNLV's — excellent, but small — Women's Studies program, among others, *might* just barely manage to escape the axe. For *this* round of budget cuts.)

> But apparently they do have enough money to build a big memorial to dead government soldiers.

> Of course they do; it's a matter of priorities. When the allocation of money for the University is political, it's always going to favor what's politically popular over what's educationally important. And there's nothing more politically popular than Patriotically Correct monuments to dead government soldiers.

> This is, of course, exactly why UNLV should be liberated entirely from government appointments of administration and from the government strings attached to government funding.

> Supporters of the Women's Studies department, and of academics at UNLV broadly, often view the prospect of privatization of the University with horror. I don't—because if privatization just means *turning UNLV over from governmental ownership to non-gvernmental ownership*, that could mean a lot of different things. I understand the reaction, if they are thinking of the kind of legislative privateering where the University simply being sold off to the best-connected corporate bidder. What I think is that the University doesn't belong to the state government in the first place, and so the state government has no right to sell it to anyone; it belongs to the students and the faculty who use it. And privatizing, or if you prefer *socializing* it, directly *into the hands of the campus community* is the only just way to dispose of the University.[1] It's also the best thing that could possibly happen to education at UNLV. As long as a government-imposed administration is in charge of UNLV, UNLV will be about serving the priorities of administrators, and serving the priorities of the government. UNLV will be about learning and teaching when it's controlled by learners and teachers; the sooner we end the government occupation of campus, the better.

> *NV out of UNLV!*

> **See also:**

> - GT 2007-11-08: Sprachkritik: Privatization
> - GT 2004-06-07: Property to the People: the Leftist Case for Privatization

> 1. **[1]** Of course, a plan like *that* — just handing the University for free over to those who work and study in it, with no political strings attached, instead of coming up with some scheme to create a subsidized sale to an bureaucratic efficiency-minded corporate management, with lots of lingering state control over what they can do — is almost certainly something that will never come out of a committee of the state legislature. Or rather, it's something that will never come out of a legislative committee unless they are forced to it by events on the ground. If it's going to come about, it's something much more likely to come about by a

strategy of campus organizing, concerted strikes by faculty, staff, and students, and student occupations of buildings and facilities, aimed not at legislative influence in Carson city, but at asserting effective physical and cultural control over the campus. But I see the need for people-power tactics, instead of bureaucratic gamesmanship and legislative lobbying, as an *advantage* of my proposal. Not a weakness. ↩

Tags: Education, Fellow Workers, Las Vegas, Nevada, Politics, Power to the People, Privateering, Privatization, Smash the State, sonv.libertarianleft.org, University of Nevada Las Vegas, UNLV
Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-05-09) ...

### This Thursday at Vegas Anarchist Cafe: a presentation by Jim Haber and a screening of "Death and Taxes" — on war, taxes, and direct action for peace. Thursday, April 8, 6:00pm

Posted 6 April 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.



***Please forward this notice far and wide! Pass the word along to anyone who you think might be interested in the film, the talk, or in learning more about direct action for peace.***

The Vegas A-Cafe and Southern Nevada ALL are pleased to announce that this week's A-Cafe will feature a special presentation and screening of the short film "Death and Taxes," hosted by Jim Haber of the Nevada Desert Experience. The film and presentation discuss war tax resistance as a form of practical direct action for peace — depriving the warfare state of financial support, and redirecting our labor and our resources towards a positive countereconomy — a community that supports life rather than death.

**WHAT:** Screening of "Death and Taxes" and presentation on war tax resistance by Jim Haber

**WHEN:** Thursday, April 8, 2010, 6:00pm-8:00pm. (30 minute short film, with a talk and discussion to follow.)

**WHERE:** Back meeting room of the Coffee Bean & Tea Leaf, across the street from UNLV, 4550

S. Maryland Pkwy, Las Vegas, NV

**WHO:** Anyone interested in peace and freedom

Jim Haber is a long-time war tax resister who is transitioning from being an "income-reduction" resister to one who is refusing to pay part of his tax liability. He has been serving on the National Committee of the War Resisters League since 2002. Jim is currently coordinator of the Nevada Desert Experience which organizes interfaith resistance to nuclear weapons and war.

Jim is looking forward to presenting Death & Taxes a new 30 minute documentary produced by the National War Tax Resistance Coordinating Committee, and featuring several new and long-term resisters of different generations (and great music). The film directly addresses many fears and questions that people have about tax resistance in general and war tax resistance in particular.

For anyone interested in conversation. We look forward to seeing you there!

*The Las Vegas Anarchist Cafe is a weekly meetup featuring informal discussion and the exchange of ideas about grassroots organizing, consensual society, and peaceful alternatives to war, taxes and government. Anyone interested in conversation is welcome to attend. See http://vegas.anarchistcafe.org/ for more information.*

Tags: Alliance of the Libertarian Left, Anarchist Cafe, Announcements, Death and Taxes, Direct Action, Events, Fellow Workers, Iraq War, Jim Haber, Las Vegas, National War Tax Resistance Coordinating Committee, Nevada, Nevada Desert Experience, Politics, Smash the State, sonv.libertarianleft.org, Southern Nevada Alliance of the Libertarian Left, Taxes, Vegas Anarchist Cafe, War Resisters League, War Tax Resistance
Posted in Southern Nevada ALL // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-04-06) ...

## Rad Geek Speaks: "Ask An Anarchist!" THURSDAY, at the Vegas Anarchist Cafe. Las Vegas, Nevada, 1 April 2010, 6:00pm

Posted 29 March 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

 This week, at the Vegas Anarchist Cafe — specifically, **THURSDAY, 1 April 2010** — Vegas ALL will be sponsoring a special **Ask An Anarchist!** event with ALLy Charles Johnson. Ask An Anarchist! is a freewheeling Q&A session, where A-Cafers, guests, the anarcho-curious and anyone interested in a conversation about the idea of a stateless society, all get the chance to fire away with **any question they care to ask** about Anarchy, Anarchism, or Anarchists. As our handbill puts it:

re you curious to learn more about Anarchy, Anarchism, or Anarchists? Have you got questions about Anarchist ideas, the history of Anarchism, how Anarchism has affected mainstream culture, Anarchist solutions to contemporary social problems, or how Anarchists believe that a free society would work without government? Want to know whether the picture of Anarchism that you've gotten from the mainstream culture is accurate or based on misconceptions? Want to try and stump an Anarchist? Bring all your burning questions this Thursday, and our speaker will do his best to answer any question you care to ask. Come on in and fire away!

This event is for anyone curious about the ideas of philosophical Anarchism, or interested in conversation. All are welcome to attend.

The Q&A session will run from **6–7pm**. An informal meet-up and discussion will follow from **7–8pm**. f you're in the Vegas area (or even if you're not), it'd be great to see you there. If you know anyone around abouts who might be interested in a talk about Anarchism, or a chance to find out more, then please do forward the announcement on to them.

- **WHAT:** Ask An Anarchist! Q&A with Vegas ALLy Charles Johnson.

- **WHERE:** Weekly Anarchist Cafe at the Coffee Bean & Tea Leaf, Running Rebel Plaza (4550 S. Maryland Pkwy, right across the street from UNLV), Las Vegas, Nevada

- **WHEN:** This Thursday, 1 April 2010, 6:00pm – 7:00pm. The regular A-Cafe informal meet-up and discussion will continue after the talk, from about 7:00pm to 8:00pm.

- **WHO:** Anyone curious about the ideas of Anarchism, or interested in conversation.

Hope to see y'ALL there!

### See also:

- GT 2009-09-02: Rad Geek Speaks: "Ask An Anarchist!" at the Vegas Anarchist Cafe. Las Vegas, Nevada. 3 September 2009, 6:00pm
- GT 2009-08-26: Rad Geek Speaks: a talk on Anarchism and its ideas
- GT 2009-05-19: Rad Geek Speaks: Motorhome Diaries interviews me on agorism and counter-economics
- GT 2009-03-04: Rad Geek Speaks: Ask An Anarchist!
- GT 2009-01-27: Rad Geek Speaks: a talk on Anarchism and its ideas
- GT 2009-02-03: Southern Nevada ALLy Kelly Patterson speaks at Las Vegas Anarchist Cafe: We Need The Wobblies Now More Than Ever! A Brief History of the Industrial Workers of the World.
- GT 2009-02-11: Rad Geek Speaks: a recording of my talk What Is Anarchism? at the 28 January 2009 Las Vegas Anarchist Cafe

Tags: ALL, Alliance of the Libertarian Left, Anarchist Cafe, Announcement, Ask An Anarchist, Effluvia and Ephemera, Events, Las Vegas, Nevada, Philosophy, Politics, Rad Geek Speaks, Smash the State, sonv.libertarianleft.org, Speaking engagement, Vegas Anarchist Cafe
Posted in Southern Nevada ALL // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-03-29) ...

### The Revolution Will Be On YouTube (Cont'd): Darian Worden, "Libertarians Are Left" at Alternatives Expo

Posted 27 March 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

The Alternatives Expo is an agorist confab, marketplace, and series of workshops that's held in parallel to Liberty Forum. (It's actually where I spent the majority of time while I was in New Hampshire.) Here's one of the talks I had the pleasure to attend, from New Jersey ALLy (and all-around rad dude) Darian Worden, talking about libertarianism as a form of radical Leftism:

Libertarians Are Left! (Part 1)



Libertarians Are Left! (Part 2)



Libertarians Are Left! (Part 3)



Libertarians Are Left! (Part 4)



Libertarians Are Left! (Part 5)



Tags: <u>ALL</u>, <u>Alliance of the Libertarian Left</u>, <u>Darian Worden</u>, <u>Fellow Workers</u>, <u>Left-libertarianism</u>, <u>Liberty Forum</u>, <u>Nashua</u>, <u>New Hampshire</u>, <u>New Jersey Alliance of the Libertarian Left</u>, <u>NJ ALL</u>, <u>Politics</u>, <u>Power to the People</u>, <u>Smash the State</u>, <u>sonv.libertarianleft.org</u>, <u>Videos</u>, <u>YouTube</u>
Posted in <u>Uncategorized</u> // <u>Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-03-27) ...</u>

## The Revolution Will Be On YouTube

Posted 23 March 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

As you may know, I gave a talk on March 20th at the Free State Project's 2010 Liberty Forum in Nashua, New Hampshire:

### The Revolution Will Be Made Of People: Anarchy, Direct Action, and Free-Market Social Justice

Freedom is not a conservative idea. It is not a prop for corporate power and the political-economic statist quo. Libertarianism is, in fact, a revolutionary doctrine, which would undermine and overthrow every form of state coercion and authoritarian control. If we want liberty in our lifetimes, the realities of our politics need to live up to the promise our principles — we should be radicals, not reformists; anarchists, not smaller-governmentalists; defenders of real freed markets and private property, not apologists for corporate capitalism, halfway privatization or existing concentrations of wealth. Libertarianism should be a people's movement and a liberation movement, and we should take our cues not from what's politically polite, but from what works for a revolutionary people-power movement. Here's how.

With many thanks to Antonio from *blog of bile*, here is a recording of the talk and the Q&A session that followed. (Split into 10 minute segments, as per YouTube constraints.) A couple of quick notes before we begin:

1. Props where props are due. I intended to mention this in the talk, but barrelled through without remembering to. The story that I told at the beginning, about the Spokane Free Speech Fight of 1909-1910 is a story that I first heard through the late, great Utah Phillips, and he got it from FW Herb Edwards, who was there in Spokane working in logging at the time. I told the story just about the way Utah told it (and he says he was telling it just about the way he heard it from Herb Edwards, minus the Norwegian accent). If you want to hear Utah's version of it, it's Track 5, Direct Action, on *Fellow Workers*, the second album he put out in collaboration with Ani DiFranco.

2. Time constraints forced me to skip over a substantial portion towards the end of the talk, which was largely concerned with methods. If I had it to do over again, I would have spent less time on opening matters and the case against minarchism, and spent more time (as I originally hoped to) talking about why libertarians should not waste time or energy on voting, parties, paper constitutions, nationalist politics, or conservative mythology about Founding Fathers or the stupid slave empire so often passed off as a Republic; and would also have talked about how partisan politics punishes radicalism and rewards compromise (hence, effectively, locking us into the statist quo), whereas direct action politics rewards principle, radicalism, and political courage. Ah well; next time, next time.

Now, on with the show:

The Revolution Will Be Made of People (2010-03-20), Part 1 of 9.

The Revolution Will Be Made of People (2010-03-20), Part 2 of 9.

The Revolution Will Be Made of People (2010-03-20), Part 3

The Revolution Will Be Made of People (2010-03-20), Part 4

The Revolution Will Be Made of People (2010-03-20), Part 5

The Revolution Will Be Made of People (2010-03-20), Part 6

The Revolution Will Be Made of People (2010-03-20), Part 7 — Q&A

The Revolution Will Be Made of People (2010-03-20), Part 8 — Q&A

The Revolution Will Be Made of People (2010-03-20), Part 9 — Q&A

More left-libertarian material from the Liberty Forum coming soon as I collect it. Expect to hear a bit more from me, and to see and hear from Darian Worden and other ALLies and agorists gathering in the Shire.

Tags: Constitution, Fellow Workers, Frederic Bastiat, free state project, Immigration, Industrial Workers of the World, Left, Left-libertarianism, Libertarians, Nashua, New Hampshire, Pierre Joseph-Proudhon, Police, Politics, Power to the People, Smash the State, sonv.libertarianleft.org
Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-03-23) ...

## Limited-time offer

Posted 3 March 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

(Via a private correspondent.)

If you hope to be officially recognized as an enemy of the state of South Carolina (as per South Carolina Code Title 23 Chapter 29), you'd best move quick and make sure you send in your notice that you directly or indirectly advocate, advise, teach or practice the duty or necessity of overthrowing the government of the United States, the state of South Carolina, or any political division thereof. You may be running out of time.

COLUMBIA, S.C. (AP) — In South Carolina, any group that plans to overthrow the federal government — or any other government in the U.S. — must register its activities.

It's the law.

Now some state legislators are looking to repeal it.

State Sen. Larry Martin said Monday the 1951 McCarthy-era statute that's meant to deter communists is one more thing making South Carolina look bad, since bloggers and talk radio picked up on it last month. A misconception spread that the statute, on the books for nearly six decades, had only recently become law.

[…] His bill to repeal it comes up for debate this week in a Senate panel.

The "subversive activities registration act" requires any group that advocates overthrowing local, state or federal governments to pay $5 and register the group's name, its leader's address, beliefs, all members living in South Carolina and check yes or no to the following: "Do you or your organization directly or indirectly advocate, advise, teach or practice the duty or necessity of controlling, seizing or overthrowing the government?"

[…] Until February, no one had registered, said Secretary of State Mark Hammond.

Now, about 10 have filed, apparently in jest, as political commentary. Two actually paid the fee, according to his office.

—Seanna Adcox, *Associated Press* (2010-03-01): SC bill would get rid of filing law for terrorists

I'm glad to be one of the 10, but if they think that my letter was meant in jest, then they have certainly misunderstood my intent. I certainly do intend to overthrow the government of South Carolina by means that are against the so-called laws passed by that government. For real. And I really don't mind if they know it; hence the letter. (If it had any ulterior intent, it was not primarily to make a joke; it was to encourage other people to speak and act like that there's nothing really wrong with saying that you want to overthrow tyrannical governments. Because there's not. Tyrannical governments ought to be overthrown.)

In any case: I expect it's likely that they are going to try to move quickly to save face, and go back to simply *presuming* popular acquiescence to their rule. If you want to be honored with official recognition as an enemy of the arbitrary governments over the state of South Carolina, the United States of America, and all the local political regiments that they have inflicted without consent on the people of South Carolina, you'd best get those letters sent in quickly, before the opportunity passes.

While we're on the subject:

Our organization is in fact so dastardly that we have refused to remit the fee, writes someone claiming to represent the Las Vegas-based Alliance of the Libertarian Left.

—Seanna Adcox, *Associated Press* (2010-03-01): SC bill would get rid of filing law for terrorists

Speaking as the someone in question, I'd like to say for the record that the Alliance of the Libertarian Left is not based in Las Vegas. *I'm* based in Las Vegas, but A.L.L. is all over the place, and has no Politburo and no national or international office to be based anywhere.

Hope this helps.

## See also:

- GT 2010-02-09: Civic duties

Tags: ALL, Alliance of the Libertarian Left, Associated Press, Larry Martin, Mark Hammond, Politics, Seanna Adcox, Smash the State, sonv.libertarianleft.org, South Carolina
Posted in Uncategorized // Read the original at Rad Geek People's Daily » sonv.libertarianleft.org (2010-03-03) …

## The present anarchy of our commerce (cont'd)

Posted 17 February 2010 // by ALLy Rad Geek

This is a syndicated post, originally from Rad Geek People's Daily » sonv.libertarianleft.org.

So, here is the latest on the Alliance of the Libertarian Left at the Bay Area Anarchist Bookfair.

First — I'd like to give a big shout-out to the three very generous donors who chipped in to cover all of the costs for the table registration fee and the shoestring-budget travel expenses from Las Vegas to San Francisco. **Thank you!** You're awesome. Seriously.

Second. Along with the selection of booklets and buttons that we had at last year's Bay Area bookfair, and last month's bookfair in L.A., **James Tuttle** from Tulsa ALL will be bringing along some new literature from ALL and from Corvus. And Southern Nevada ALL will be bringing along a passle of new literature, including **four new Market Anarchy Series zines** and several new button designs. If you're curious, or interested, we've added the new items to our distro page. If you need some literature and merchandise for your ALL local, or just want to pick some up for yourself, check it out — everything's available either as an individual item or for discounted bulk orders. It's a great way to get the word out; also a way that you can pick up some solid left-libertarian materials while helping us defray the costs of supplies and printing for the Bookfair.

Here's a sampler of the new booklets and buttons we've got in at the Distro.



Market Anarchy #13: Libertarianism Through Thick and Thin

Charles Johnson (2008)

(Specially commissioned by James Tuttle of Tulsa ALL.)

Government is Violence / think Anarchy for consensual alternatives [ALL] (1.5″)

Market Anarchy #14: Libertarian Feminism: Can This Marriage Be Saved

Roderick Long and Charles Johnson (2005)

(Specially commissioned by James Tuttle of Tulsa ALL.)



Deporten a La Migra! [ALL]
(1.5″)



The Best of BAD Press:
Tracts in Individualist
Anarchism 1986–1999

BAD Press (2001)



i don't pay war taxes [ALL]
(1.5″)



MA15: Property to the People!
Expropriate the Expropriators!

Where Are The Specifics? Karl
Hess (1969)



NO BORDERS / NO STATE
[ALL] (1.5″)



MA16: Liberty, Equality,
Solidarity

Charles Johnson (2008)

(Specially commissioned by James
Tuttle of Tulsa ALL. Ships on or after
March 1, 2010.)

(Produced and distributed by
Southern Nevada ALL for an ad
hoc organizing committee of the
IWW in Las Vegas.)



Crypto Anarchy and Virtual
Communities



Market Anarchy Zine Series:
full print run

Timothy C. May (1994)

16 Market Anarchy zines for
$15$^{00}$

I'd like to take special note of a couple new items in the Market Anarchy series . There is, first, the most recent issue (#15), which is a reprinting of Karl Hess's Where Are The Specifics?. For those of you familiar with Rothbard's (in)famous Confiscation and the Homestead Principle (already part of the Market Anarchy series, as Market Anarchy #1: All Power to the Soviets!), this is the article by Hess that Rothbard was riffing on when he wrote that essay. (The two were first published together in a single issue of *Libertarian Forum*, along with a polemic against the government assault on People's Park.) Since the two are of a set, to go along with All Power to the Soviets! I gave the Hess booklet the title Property to the People! Expropriate the Expropriators! Hess's article is shorter than Rothbard's, and raises a lot more questions where Rothbard aims for a specific answer (Hess asks what would become of General Motors in a free society; Rothbard tries to answer the question). But it's notable, among other things, for Hess's shout-out to militant reclaim-the-land movements in the Southwest U.S. / northeast Aztlan, and for the really excellent programmatic statements at the beginning, on the difference between the defense of individual property and freed-markets, on the one hand, and apologetics for actually-existing property *claims* and the typical business practices of state capitalists, on the other.

And, second, there is the *upcoming issue* (#16), which is — at long last — a reprint of my essay *Liberty, Equality, Solidarity: Toward a Dialectical Anarchism*, which will be freely available for reprinting with attribution at the end of February 2010. (As a result, the booklet ships on March 1 at the earliest.) It used to cost somewhere between $60 and $80 to get a printed copy of the essay; come March, it can be yours in an attractive booklet edition for only $1$^{.75}$. The essay ranges pretty widely, from the anarchist case against limited government to radical equality to the interconnection of struggles and thick conceptions of libertarianism to individualist anarchist engagements with radical feminism, the labor movement, and the great capitalist conflation controversy. Thus: The purpose of this essay is political revolution. And I don't mean a "revolution" in libertarian political theory, or a revolutionary new political strategy, or the kind of "revolution" that consists in electing a cadre of new and better politicians to the existing seats of power. When I say a "revolution," I mean the real thing: I hope that this essay will contribute to the overthrow of the United States government, and indeed all governments everywhere in the world. You might think that the argument of an academic essay is a pretty slender reed to lean on; but then, every revolution has to start *somewhere*, and in any case what I have in mind may be somewhat different than what you imagine. For now, it will be enough to say that I intend to give you some reasons to become an individualist anarchist, and undermine some of the arguments for preferring minimalist government to anarchy. In the process, I will argue that the form of anarchism I defend is best understood from what Chris Sciabarra has described as a *dialectical* orientation in social theory, as part of a larger effort to understand and to challenge interlocking, mutually reinforcing systems of oppression, of which statism is an integral part—but only one part among others. Not only is libertarianism part of a radical politics of human liberation, it is in fact the natural companion of revolutionary Leftism and radical feminism.

(This booklet edition of Liberty, Equality, Solidarity was, incidentally, made possible by a generous commission from James Tuttle of Tulsa ALL.)

Anyway. If you're there at the Bookfair, these items and some others will be out on the table for you to check out. If circumstances force you to be square rather than there, they are all available now through the Southern Nevada ALL Agitprop & Artwork Distro.

Enjoy!

Tags: <u>ALL</u>, <u>Alliance of the Libertarian Left</u>, <u>Art and Literature</u>, <u>Bay Area</u>, <u>Bay Area Anarchist Bookfair</u>, <u>California</u>, <u>Fellow Workers</u>, <u>James Tuttle</u>, <u>Las Vegas</u>, <u>Nevada</u>, <u>Politics</u>, <u>San Francisco</u>, <u>Smash the State</u>, <u>sonv.libertarianleft.org</u>, <u>Southern Nevada Alliance of the Libertarian Left</u>, <u>Tulsa ALL</u>
Posted in <u>Southern Nevada ALL</u> // <u>Read the original at Rad Geek People's Daily » sonv.libertarianleft.org</u> (2010-02-17) ...

<u>« Older Entries</u>

- <u>Home</u>
- <u>About</u>
- **Blog**
- <u>Join us!</u>
- <u>Agitprop · Artwork</u>
- <u>Links · Resources</u>
- <u>Contact Us</u>

# Vegas ALL



<u>Donations</u> keep our printing presses running.

## Connect

- <u>Contact us</u>
- <u>Tell a friend</u>
- <u>Printable flyers</u>
- <u>T-shirts</u>
- <u>Join our e-mail list</u>
- <u>MySpace: Southern Nevada ALL</u>
- <u>Facebook: Southern Nevada ALL</u>

## ALL Global

- <u>Alliance of the Libertarin Left (global)</u>
- <u>ALL Ad Hoc Global Organizing Committee</u>
- <u>MySpace: ALL Global</u>
- <u>Blogs @ LeftLibertarian.org</u>
- <u>LeftLibertarian2 e-mail list</u>

## Vegas / Southern Nevada

- <u>Vegas Anarchist Cafe</u>
- <u>Facebook: Vegas Anarchists</u>
- <u>Las Vegas Anarchoblogs</u>
- <u>VegasLibertarians e-mail list</u>
- <u>Food Not Bombs Las Vegas</u>
- <u>Las Vegas IndyMedia</u>
- <u>United Coalition for Im/migrant Rights</u>
- <u>Las Vegas Peace Project</u>

- Feminist Drinking Club
- Libertarian Party of Clark County

# Archives

- July 2010
- May 2010
- April 2010
- March 2010
- February 2010
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- June 2008
- May 2008
- April 2008

# Categories

- Actions (1)
- Fellow ALLies (1)
- Flyers (1)
- Interviews (1)
- Pickets (1)
- Radio (1)
- Reusable (1)
- Southern Nevada ALL (21)
- Uncategorized (48)

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Affidavit alleges detective bought marijuana from man officer killed

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 17, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:**   Chief Executive Officer

**Email:**   sgibson@righthaven.com          **Telephone:**   702-527-5900

**Address:**   9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**   Steven A. Gibson

**Date:**   September 2, 2010

**Applicant's Tracking Number:**   0002050

**Registration #:**

**Service Request #:**   1-481234648

**Application Date:**   09-02-2010 20:13:17

## Correspondent ——————————————————————————

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate ——————————————————————————

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States